Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN BALVANZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DREAMWORKS ANIMATION, LLC, a Delaware Limited Liability Company; DREAMWORKS ANIMATION LICENSING, LLC and DOES 1 through 10,<br><br>Defendants. | Case No.:<br><br>PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br><u>Jury Trial Demanded</u> |

Plaintiff, Benjamin Balvanz, by and through his undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## <u>JURISDICTION AND VENUE</u>

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

**PARTIES**

4. Plaintiff Benjamin Balvanz ("Plaintiff") is an individual residing in the State of California in the United States.

5. Plaintiff is informed and believes and thereon alleges that Defendant DreamWorks Animation, LLC ("DreamWorks Animation"), is a limited liability company organized and existing under the laws of the state of Delaware, with its principal place of business located at 100 Universal City Plaza, Universal City, California.

6. Plaintiff is informed and believes and thereon alleges that Defendant DreamWorks Animation Licensing. LLC ("DreamWorks Licensing"), is a limited liability company organized and existing under the laws of the state of Delaware, with its principal place of business located at 100 Universal City Plaza, Universal City, California.

7. Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

8. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

9. Plaintiff is engaged in the business of designing, creating, producing, marketing, and licensing the use of computer software in the nature of, *inter alia*, type face fonts and art design works in digital formats for use with personal computers and commercial typesetting devices.

10. Plaintiff created and is the exclusive owner of the software for the Super Alba type face font ("Software"). The Software contains material that is wholly original with Plaintiff and is copyrightable subject matter under the laws of the United States. Prior to filing the instant complaint, Plaintiff applied to register the copyright in the Software with the United States Copyright Office.

11. Plaintiff offers licenses for the use Plaintiff's font software including the Software, and prior to the acts of complained of herein, Plaintiff made the Software available for licensing on the World Wide Web. Images of typeface generated by the Software are attached hereto as Exhibit A.

12. The uses by Defendants complained of herein (and shown on Exhibit B referenced below) require a license or multiple licenses from Plaintiff or his authorized agent. On information and belief, DreamWorks Animation and DreamWorks Licensing (hereinafter referred to collectively as "Defendants") have not sought a license to use the Software for any purpose and have not acquired any license.

13. On information and belief, Defendants, and each, have used and/or instructed others to use unauthorized copies of the Software in the creation of product and merchandise and packaging connected with Defendants' "Trolls" feature film and by way of third party vendors authorized to sell "Trolls" branded product.

14. On information and belief Defendants, and each, have created unauthorized copies of the Software and distributed those copies to their respective agents, licensees and vendors for "Trolls" related product and packaging and/or have instructed said licensees and vendors to use the Software in creating "Trolls" product and packaging. Images of product and packaging bearing graphics created with unauthorized copies of the Software are attached hereto as Exhibit B.

## **FIRST CLAIM FOR RELIEF**

(For Copyright Infringement - Against All Defendants, and Each)

15. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

16. Plaintiff is informed and believes and thereon alleges that Defendants, and each, have made unauthorized copies of the Software, distributed unauthorized copies of the Software to their respective agents, licensees and vendors, instructed said licensees and vendors to use unauthorized copies of the Software and that Defendants and their respective agents, licensees and vendors have used unlicensed and infringing copies of the Software in creating DreamWorks and "Trolls" branded products, goods, merchandise, packaging and advertising materials (including without limitation those shown on Exhibit B) and have by reason thereof, infringed upon Plaintiff's rights in and to the Software.

17.At all times, Defendants, and each, have had a direct financial interest in the sales of product and packaging created with unauthorized copies of the Software,

have directly benefited financially from said activities and have had the right and ability to supervise said activities.

18.At all times, Defendants, and each, knew of that their respective vendors and licensees were using unauthorized copies of the Software and Defendants induced and directed said licensees and vendors to make use of the unauthorized copies of the Software in the creation of Defendants' "Trolls" product, merchandise and packaging.

19. Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

20. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of the Software. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of the Software in an amount to be established at trial.

21. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants—each of them—and their respective agents and servants be enjoined from importing, manufacturing, distributing, offering for sale, selling or otherwise trafficking in any product that infringes Plaintiff's copyrights in the Software;

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, the exact sum to be proven at the time of trial,

or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: September 20, 2017 By: *<u>/s/ David Shein</u>*

Scott A. Burroughs, Esq.
David Shein, Esq.
DONIGER/BURROUGHS
Attorneys for Plaintiff
Benjamin Balvanz